MICHAEL P. VERNA (# 84070)
DAVID W. TROTTER (# 97121)
MICHAEL P. CONNOLLY (# 238478)
Bowles & Verna LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile:  (925) 935-0371
Email: mverna@bowlesverna.com
         dtrotter@bowlesverna.com
         mconnolly@bowleverna.com

MARK S. FURMAN
AL L. DENAPOLI
TARLOW, BREED, HART & RODGERS, P.C.
101 Huntington Avenue
Boston, MA 02199
(617) 218-2000 Phone
(617) 261-7673 Fax
E-mail:  mfurman@tbhr-law.com
         adenapoli@tbhr-law.com

Attorneys for Defendants and Counterclaimants:
Shun Yi Association of Gee How Oak Tin
Association of North America; Oakland Gee How
Oak Tin Association; Gee How Oak Tin dba Gee
How Oak Tin Stockton; Gee How Oak Tin dba Gee
How Oak Tin Los Angeles; Gee How Oak Tin
Associates, Inc.; and Gee How Oak Tin Association
of New England, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEE HOW OAK TIN NATIONAL BENEVOLENT ASSOCIATION,<br><br>   Plaintiff,<br><br>v.<br><br>GEE HOW OAK TIN ASSOCIATION OF NORTH AMERICA, INC., et al.<br><br>   Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 3:12-cv-05855-JCS<br><br>**JOINT REPORT REGARDING FURTHER MEDIATION AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:  November 15, 2012 |

///

Counsel for the parties have met and conferred since the September 20, 2013 further Case Management Conference, and have consulted with their respective clients regarding a possible further mediation. At this time, counsel for the parties are unable to advise the Court that there is a mutual interest in further mediation, but that dialogue is not concluded. The parties jointly request that they be permitted to submit an updated report to the Court regarding possible mediation on or before October 11, 2013.

Dated: October 3, 2013     BOWLES & VERNA LLP

By: /s/ David W. Trotter
 DAVID W. TROTTER
 Attorneys for Defendants and Counterclaimants
 Shun Yi Association of North America, Inc., formerly known as Gee How Oak Tin Association of North America, Inc.; Oakland Gee How Oak Tin Association; Gee How Oak Tin dba Gee How Oak Tin Stockton; Gee How Oak Tin dba Gee How Oak Tin Los Angeles; Gee How Oak Tin Associates, Inc.; and Gee How Oak Tin Association of New England, Inc.

Dated: October 3, 2013     BURNHAM BROWN

By: /s/ Jimmie L. Williams, Jr.
 JIMMIE L. WILLIAMS, JR.
 Attorneys for Plaintiff Gee How Oak Tin National Benevolent Association

**[PROPOSED] ORDER**

Having considered the joint report submitted by counsel, and good cause appearing, the Court hereby grants the parties' request to submit a stipulation regarding further mediation by no later than October 11, 2013.

**IT IS SO ORDERED.**

Dated: October __4__, 2013

By: _____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge