Jimmie L. Williams, Jr., State Bar No. 144691
jwilliams@burnhambrown.com
Robert M. Bodzin, State Bar No. 201327
rbodzin@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604-0119
---
1901 Harrison Street, 14th Floor
Oakland, California 94612-3501
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for Plaintiff
Gee How Oak Tin National Benevolent Association

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gee How Oak Tin National Benevolent Association,<br><br>    Plaintiff,<br><br>v.<br><br>Gee How Oak Tin Association of North America, Inc., Oakland Gee How Oak Tin Association, Gee How Oak Tin – dba Gee How Oak Tin Stockton, Gee How Oak Tin – dba Gee How Oak Tin Los Angeles, Gee How Oak Tin Associates, Inc., Gee How Oak Tin Association of New England, Inc.,<br><br>    Defendants. | No. 3:12-cv-05855<br><br>**STIPULATION OF DISMISSAL**<br><br>DEPT: Courtroom G, 15th Floor<br><br>Complaint Filed:    November 15, 2012 |
| AND RELATED CROSS-ACTION | |

IT IS HEREBY STIPULATED by and between the parties to this action, and the related cross-action, through their designated counsel that the above-captioned action and counterclaim be and hereby are dismissed, with prejudice, pursuant to Rule 41(a) and (c) of the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| DATED: February 26, 2014 | | BURNHAM BROWN |
| | | /s/ (Jimmie L. Williams) |
| | | JIMMIE L. WILLIAMS<br>Attorneys for Plaintiff<br>Gee How Oak Tin National Benevolent Association |
| DATED: February 26, 2014 | | BOWLES & VERNA LLP |
| | | /s/ (David W. Trotter) |
| | | DAVID W. TROTTER<br>Attorneys for Defendants<br>Shun Yi Association of North America, Inc., formerly known as Gee How Oak Tin Association of North America, Inc., Oakland Gee How Oak Tin Association, Gee How Oak Tin -- dba Gee How Oak Tin Stockton, Gee How Oak Tin -- dba Gee How Oak Tin Los Angeles, Gee How Oak Tin Association, Gee How Oak Tin Association of New England, Inc. |

4813-7928-6808, v. 1

Dated: 3/6/14

IT IS SO ORDERED

Judge Joseph C. Spero